UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 08-cr-00227-REB | FTR CBS AM |
| May 22, 2008 | |
| UNITED STATES OF AMERICA | Kasandra Carleton |
| v. | |
| JUAN HERNANDEZ | Susan Fisch |
| Interpreter Marcella Salazar | |

**ARRAIGNMENT, DISCOVERY AND DETENTION HEARING**

Court in Session: 10:05 am

Court calls case and appearances of counsel.

Katrina Devine from pretrial services present.

Interpreter sworn.

Defendant waives further reading and advisement.

Defendant enters pleas of NOT GUILTY.

Discovery memorandum tendered to the court.

Speedy trial:

30: 6/19/2008
70: 7/29/2008
90: 8/17/2008

Defendant is not contesting detention.

Government requests the search warrant and affidavit in 08-sw-5090-CBS be unsealed.

Counsel to chambers.

**ORDERED:** Defendant ordered detained.

**ORDERED:** Search warrant and affidavit in 08-sw-5090-CBS is ordered unsealed.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 10:08 am

Total time: 3 minutes

Hearing Concluded.